**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Brianca McNeal, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:19-cv-04922-MHC-CCB |
| v. | ) | |
| | ) | |
| General Revenue Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Brianca McNeal, by and through undersigned counsel, hereby dismisses this action against Defendant, General Revenue Corporation, without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 16th day of December, 2019.

BERRY & ASSOCIATES

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
*Plaintiff's Attorney*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on General Revenue Corporation, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

General Revenue Corporation
c/o Jacob D. Rhode, Esq.
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

BERRY & ASSOCIATES

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*Plaintiff's Attorney*